IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAMON MENDOZA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTIN OSTERBERG, individually;<br>JOHN DOES # 1-5, individually;<br>SARPY COUNTY, NEBRASKA;<br>SHERIFF JEFF DAVIS; and<br>JOHN DOES # 6-10,<br><br>    Defendants. | 8:13CV65<br><br>AMENDED<br>ORDER FOR INITIAL<br>PROGRESSION OF CASE |

   This matter is before the court on the parties' Joint Stipulated Motion to Extend Time (Filing No. 114). For good cause shown the motion is granted as follows,

   **IT IS ORDERED**:

   1. Discovery. Discovery in this matter may continue limited in scope by the September 4, 2014, initial progression order. Additionally, the parties shall have until February 2, 2015, to conduct depositions and until February 16, 2015, to complete written discovery.

   2. Motions for Summary Judgment. Defendants' motions to dismiss and/or for summary judgment shall be filed by **April 3, 2015**. Plaintiff's opposition to dispositive motions shall be filed by **April 24, 2015**. Defendants' replies on dispositive motions shall be filed by **May 8, 2015**.

   3. Adding Parties; Amending Pleadings. Any motion to amend pleadings and/or add parties shall be filed not later than **January 2, 2015**, by the plaintiff, and not later than **February 2, 2015**, by the defendants.

   4. Planning Conference. A telephone conference with the undersigned magistrate judge will be held **ten business days** following the ruling on any motion to dismiss or for summary judgment as set forth in paragraph two of this order. **Plaintiff's counsel shall schedule and initiate the conference call**.

   Dated this 24th day of October, 2014.

                  BY THE COURT:
                   s/ Thomas D. Thalken
                  United States Magistrate Judge