IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAMON MENDOZA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JUSTIN OSTERBERG, individually;<br>JOHN DOES # 1-5, individually;<br>SARPY COUNTY, NEBRASKA;<br>SHERIFF JEFF DAVIS; and<br>JOHN DOES # 6-10,<br><br>　　　　　　Defendants. | 8:13CV65<br><br>SECOND AMENDED<br>ORDER FOR INITIAL<br>PROGRESSION OF CASE |

This matter is before the court on the plaintiff's Motion to Extend Pretrial Deadlines (Filing No. 143). For good cause shown the motion is granted as follows,

**IT IS ORDERED**:

1. Discovery. Discovery in this matter may continue limited in scope by the September 4, 2014, initial progression order. Additionally, the parties shall have until **April 2, 2015**, to conduct depositions and until **April 16, 2015**, to complete written discovery.

2. Motions for Summary Judgment. Defendants' motions to dismiss and/or for summary judgment shall be filed by **June 3, 2015**. Plaintiff's opposition to dispositive motions shall be filed by **June 24, 2015**. Defendants' replies on dispositive motions shall be filed by **July 8, 2015**.

3. Planning Conference. A telephone conference with the undersigned magistrate judge will be held **ten business days** following the ruling on any motion to dismiss or for summary judgment as set forth in paragraph two of this order. **Plaintiff's counsel shall schedule and initiate the conference call**.

　　Dated this 2nd day of February, 2015.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　United States Magistrate Judge